UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CARRIE JAYCOX, individually, and
on behalf of others similarly situated,

                              Plaintiff,

  -against-                                        Civil Action No.
                                                    1:23-CV-01310

NIRC, INC. and RUSSELL FADEN,                 (DJS)

                              Defendants.

---

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, the attorneys of record for all Parties in the above-captioned action, that whereas no Party hereto is an infant or incompetent person for whom a guardian or committee has been appointed and no person not a Party has an interest in the subject matter of the action, the above-captioned action and all of Plaintiffs' claims in the Complaint in the above-captioned action be and hereby are dismissed, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. The Parties further agree that the Court will retain jurisdiction of this matter for the sole purpose of enforcing the Settlement Agreement. Each Party shall bear her, its, or his own

65839777v3

costs and attorneys' fees.

Dated: 12/17/24

BROWN, LLC

By: /s/ _____
Jason T. Brown, Esq.
Federal Bar No. 518169
Attorneys for Plaintiff
111 Town Square Place, Suite 400
Jersey City, NJ 07310
Tel: (877) 561-0000
E-mail: jtb@jtblawgroup.com

HODGSON RUSS LLP

By: /s/ _____
Glen P. Doherty
Federal Bar No. 501591
Attorneys for Defendants
677 Broadway, Suite 401
Albany, New York 12207
Tel: (518) 465-2333
E-mail: gdoherty@hodgsonruss.com

SO ORDERED: _____  Dec 20, 2024
Honorable Daniel J. Stewart
United States Magistrate Judge